UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Ditech Financial, LLC

In Re:

Brian Benegar,

Debtor.

Case No.:        18-32181-JNP

Chapter:              13

Hearing Date:      1/16/2019

Judge:             Poslusny

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled            ☐ Withdrawn

Matter: Objection to Confirmation (Docket # 14)

_____

Date: 1/15/2019                            /s/ Denise Carlon
                                           Signature

*rev.8/1/15*