Certificate Number: 03621-NJ-DE-032374734

Bankruptcy Case Number: 18-32181



03621-NJ-DE-032374734

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 2, 2019</u>, at <u>1:39</u> o'clock <u>PM EST</u>, <u>Brian K Benegar</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>March 2, 2019</u>               By:   <u>/s/Lashonda Collins</u>

                                        Name: <u>Lashonda Collins</u>

                                        Title: <u>Credit Counselor</u>