Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18−32181−JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Brian Benegar
   aka Brian K. Benegar
   538 New Freedom Road
   Berlin, NJ 08009

Social Security No.:
   xxx−xx−7615

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/21/19.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: August 21, 2019
JAN: kvr

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                              Case No. 18-32181-JNP
Brian Benegar                                                                       Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1              User: admin                 Page 1 of 2             Date Rcvd: Aug 21, 2019
                                  Form ID: 148                Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 23, 2019.
db             +Brian Benegar,    538 New Freedom Road,    Berlin, NJ 08009-9534
aty            +KML Law Group, PC,    216 Haddon Avenue,    Ste 406,    Collingswood, NJ 08108-2812
517860124      +Account Resolution Services,    Attn: Bankruptcy,    Po Box 459079,    Sunrise, FL 33345-9079
517860125      +Apex Asset Management,    Attn: Bankruptcy,    2501 Oregon Pike, Ste 201,
                 Lancaster, PA 17601-4890
517944313      +COMCAST,   PO BOX 1931,    Burlingame, CA 94011-1931
517971799       Ditech Financial LLC.,    PO Box 6154 Rapid City SD, 57709-6154
517860130      +Emergency Physicians of S. Jersey,    PO Box 740021,    Cincinnati, OH 45274-0021
517860131      +KML Law Group,    216 Haddon Avenue Suite 406,    Westmont, NJ 08108-2812

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 21 2019 23:56:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 21 2019 23:56:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2019 23:55:43      DITECH,    PO Box 6172,
                 Rapid City, SD  57709-6172
517860126      +EDI: CAPITALONE.COM Aug 22 2019 03:38:00      Capital One,    Attn: Bankruptcy,    Po Box 30285,
                 Salt Lake City, UT 84130-0285
517860127      +EDI: COMCASTCBLCENT Aug 22 2019 03:38:00      Comcast Bankruptcy Department,
                 Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,    Voorhees, NJ 08043-2604
517860128      +EDI: CONVERGENT.COM Aug 22 2019 03:38:00      Convergent Outsourcing Inc.,    PO Box 9004,
                 Renton, WA 98057-9004
517860129      +E-mail/Text: bankruptcy.bnc@ditech.com Aug 21 2019 23:55:43      Ditech,    Attn: Bankruptcy,
                 Po Box 6172,    Rapid City, SD 57709-6172
517860132      +E-mail/Text: helen.ledford@nrsagency.com Aug 21 2019 23:56:56      Natiowide Recovery Service,
                 Attn: Bankruptcy,    Po Box 8005,    Cleveland, TN 37320-8005
517971211       EDI: PRA.COM Aug 22 2019 03:38:00      Portfolio Recovery Associates, LLC,
                 C/O Capital One Bank (usa), N.a.,    POB 41067,    Norfolk VA 23541
517860134      +E-mail/Text: bankruptcy@pseg.com Aug 21 2019 23:54:02      PSE&G,    Attn: Bankruptcy Dept,
                 PO Box 490,    Cranford, NJ 07016-0490
517860133      +EDI: PRA.COM Aug 22 2019 03:38:00      Portfolio Recovery,    Po Box 41021,
                 Norfolk, VA 23541-1021
517860135      +EDI: SWCR.COM Aug 22 2019 03:38:00      Southwest Credit Systems,    4120 International Parkway,
                 Suite 1100,    Carrollton, TX 75007-1958
517953841      +EDI: AIS.COM Aug 22 2019 03:38:00      Verizon,    by American InfoSource as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
517860136       EDI: WFFC.COM Aug 22 2019 03:38:00      Wells Fargo Bank,    Attn: Bankruptcy Dept,    Po Box 6429,
                 Greenville, SC 29606
517950621       EDI: WFFC.COM Aug 22 2019 03:38:00      Wells Fargo Bank, N.A.,    Wells Fargo Card Services,
                 PO Box 10438, MAC F8235-02F,    Des Moines, IA 50306-0438
                                                                                              TOTAL: 15

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 23, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 21, 2019 at the address(es) listed below:
              Andrew Thomas Archer    on behalf of Debtor Brian  Benegar aarcher@brennerlawoffice.com,
               bankruptcy@brennerlawoffice.com;r64966@notify.bestcase.com
              Denise E. Carlon    on behalf of Creditor   DITECH FINANCIAL LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com

```
District/off: 0312-1           User: admin               Page 2 of 2              Date Rcvd: Aug 21, 2019
                               Form ID: 148              Total Noticed: 23
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
          Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Rebecca Ann Solarz    on behalf of Creditor   DITECH FINANCIAL LLC rsolarz@kmllawgroup.com
          U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6